WILLIAM R. TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260

JOHN F. STANLEY, ACTING SUPERVISORY TRIAL ATTORNEY
CARMEN FLORES, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
Carmen.Flores@EEOC.gov
Tel:  (206) 220-6920
Fax: (206) 220-6911

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff, v. T'N' T Pizza, Inc. d/b/a Chuck E. Cheese, Defendant. | CIVIL ACTION NO.  CV-07-135-BLG-RFC<br><br>**NOTICE OF DISMISSAL** |
|---|---|

COMES NOW Plaintiff, Equal Employment Opportunity Commission, and serves notice pursuant to Fed. R. Civ. P. 41(a)(1) that it voluntarily dismisses this case without prejudice.

**PLAINTIFF'S NOTICE  OF DISMISSAL-** Page 1 of 2

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

1  DATED this 31st day of October, 2007.

2

3  WILLIAM TAMAYO                                    RONALD S. COOPER
   Regional Attorney                                 General Counsel

4
   JOHN STANLEY                                      JAMES L. LEE
5  Supervisory Trial Attorney                        Deputy General Counsel

6  CARMEN FLORES
   Senior Trial Attorney
7

8  BY:   /s/Carmen Flores
   EQUAL EMPLOYMENT OPPORTUNITY
9  COMMISSION
   Seattle District Office                           Office of the General Counsel
10 909 First Avenue, Suite 400                       1801 "L" Street NW
   Seattle, Washington 98104                         Washington, D.C. 20507
11 Telephone (206) 220-6920
   Facsimile (206) 220-6911
12

13                        Attorneys for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

**PLAINTIFF'S NOTICE OF DISMISSAL-** Page 2 of 2

**EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION**
**Seattle Field Office**
**909 First Avenue, Suite 400**
**Seattle, Washington 98104-1061**
**Telephone: (206) 220-6885**
**Facsimile: (206) 220-6911**
**TDD: (206) 220-6882**